UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK LEE MADDEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Acting Warden,<br><br>　　　　Respondent. | No. SA CV 09-145-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 7/9/09

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE